1
2
3
4
5
6           **UNITED STATES DISTRICT COURT**
7           **DISTRICT OF NEVADA**
8
9 MARIA G. DAVILA-HURTADO,    )      3:06-CV-403-BES-RAM
10        Plaintiff,    )
11    v.               )     **ORDER**
12 JO ANNE B. BARNHART,      )
Commissioner of Social Security,  )
13        Defendant.   )
14 _____ )

15      Before the Court is the Report and Recommendation of the United States Magistrate

16 Judge (#18) ("Recommendation") entered on September 26, 2007, in which the Magistrate

17 Judge recommends that this Court enter an order granting Plaintiff's Motion for Remand of the

18 Commissioner's Decision (#15) and denying Defendant's Cross-Motion to Affirm (#16) and that

19 the decision of the Administrative Law Judge ("ALJ") be reversed and remanded for further

20 proceedings consistent with the terms of the Recommendation. No objections have been filed.

21      The Court has conducted a *de novo* review of the record in this case, considering fully

22 all relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

23 After a review and determination in accordance with the requirements of 28 U.S.C. § 636 and

24 applicable case law, and good cause appearing,

25      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and

26 Recommendation (#18) entered on September 26, 2007, is adopted and accepted without

27 ///

28 ///

                             1

1  modification.  Thus, in accordance with the Report and Recommendation, Plaintiff's Motion

2  for Remand of the Commissioner's Decision (#15) is GRANTED.

3          IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm (#16) is DENIED,

4  and the decision of the ALJ be REVERSED and REMANDED for further proceedings

5  consistent with the terms of the Recommendation.   The Clerk shall enter judgment

6  accordingly.

7          IT IS SO ORDERED.

8          DATED: This 10TH day of October, 2007.

9

10

11                                        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2